**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-7979

WAYNE A. SOUSER,

                                    Plaintiff - Appellant,

          versus

SERGEANT J. ROBINSON, Building 9; LIEUTENANT
G. JACOBS, Building 9; L. JOHNSON, Nurse,

                                    Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Raymond A. Jackson, District
Judge.  (CA-05-481-2)

Submitted:  March 30, 2007          Decided:  April 27, 2007

Before MOTZ, TRAXLER, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Wayne A. Souser, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wayne A. Souser appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record, considered the Supreme Court's recent decision in <u>Jones v. Bock</u>, 127 S. Ct. 910 (2007), and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Souser v. Robinson</u>, No. CA-05-481-2 (E.D. Va. Dec. 7, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>